ROGERS VS. THE STATE.

*Appeal from the Mayor's Court of Fort Smith.*

Mr. Chief Justice WATKINS delivered the opinion of the Court.

The appellant was convicted in the Mayor's Court of Fort Smith, upon an indictment for keeping a gaming house. The only question argued is that decided in *Rutzell vs. The State;* and though the proceedings appear to have been, in some respects, informal, no substantial ground is presented by the other errors assigned for reversing the conviction for a mere misdemeanor. Affirmed.